The People of the State of Illinois ex rel. Oscar Nelson, auditor of public accounts of the State of Illinois, complainant, v. United State Bank of Crystal Lake, defendant.

C. Percy Barnes, administrator de bonis non of the estate of William H. Rupert, deceased, appellee, v. Frank J. Green, receiver for United State Bank of Crystal Lake, appellant. Gen. No. 8,633.

Opinion filed September 20, 1933.

McKenna, Harris & Schneider, Eugene P. Kealy, Henry H. Koven and William M. Carroll, for appellant; James J. McKenna and Henry H. Koven, of counsel. David R. Joslyn, Jr., for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.